## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kallys Albert, Sr.,

       Plaintiff,                      Civil No. 08-5871 (RHK/FLN)

vs.                                    **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Dakota Communities, Inc., et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  October 31, 2008

                                            s/Richard H. Kyle.
                                            RICHARD H. KYLE
                                            United States District Judge